UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT J. BYRNES, JR.<br>　　　　Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE<br>FINANCE CORPORATION,<br>　　　　Defendant. | CIVIL ACTION NO.   04 10340 PBS |

## ANSWER AND JURY CLAIM OF THE DEFENDANT, CHASE MANHATTAN AUTOMOTIVE FINANCE CORPORATION, TO THE PLAINTIFF'S COMPLAINT

Now comes the Defendant, Chase Manhattan Automotive Finance Corporation ("Chase"), and hereby responds to the plaintiff's Complaint as follows:

### COUNT I

1. The defendant, Chase, lacks sufficient information to admit or deny the allegations of paragraph 1 of the plaintiff's Complaint.

2. The defendant, Chase, admits that it is a Delaware corporation with a place of business at 900 Stewart Avenue, Garden City, New York. The defendant, Chase, denies the remaining allegation of paragraph 2 of the plaintiff's Complaint.

3. The defendant, Chase, lacks sufficient information to admit or deny the allegations of paragraph 3 of the plaintiff's Complaint.

4. The defendant, Chase, lacks sufficient information to admit or deny the allegations of paragraph 4 of the plaintiff's Complaint.

5. The defendant, Chase, lacks sufficient information to admit or deny the allegations of paragraph 5 of the plaintiff's Complaint.

6. The defendant, Chase, lacks sufficient information to admit or deny the allegations of paragraph 6 of the plaintiff's Complaint.

7. The defendant, Chase, restates and incorporates herein by reference its responses to paragraphs 1 through 6 of the plaintiff's Complaint.

8. The defendant, Chase, lacks sufficient information to admit or deny the allegations of paragraph 8 of the plaintiff's Complaint.

23319.2

9. The defendant, Chase, denies the allegations of paragraph 9 of the plaintiff's Complaint.

Wherefore, the defendant, Chase Manhattan Automotive Finance Corporation requests the Court to dismiss Count I of the plaintiff's Complaint and enter judgment in its favor, together with its costs.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

And further answering, the defendant, Chase, says that the plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(6) for failure to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

And further answering, the defendant, Chase, says that if it was negligent, which it denies, it is not liable as the plaintiff's injuries were due to an intervening or superceding cause.

### THIRD AFFIRMATIVE DEFENSE

And further answering, the defendant, Chase, says that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the defendant was not and is not legally responsible.

### FOURTH AFFIRMATIVE DEFENSE

And further answering, the defendant, Chase, says that the plaintiff's claims are barred as the plaintiff has not been damaged as a result of any acts or omissions of the defendant.

### FIFTH AFFIRMATIVE DEFENSE

And further answering, the defendant, Chase, denies that it is liable or indebted to the plaintiff in any way or manner.

### SIXTH AFFIRMATIVE DEFENSE

And further answering, the defendant, Chase, states that the plaintiff's claims are barred due to his failure to mitigate damages.

### SEVENTH AFFIRMATIVE DEFENSE

And further answering, the defendant, Chase, says that the plaintiff's recoveries, if any, must be diminished by the proportion of fault that is applicable to the plaintiff.

23319.2

### EIGHTH AFFIRMATIVE DEFENSE

And further answering, the defendant, Chase, says that if the plaintiff proves that the defendant was at fault as alleged, the plaintiff was at fault to a greater degree than the defendant and is barred from recovery.

### JURY DEMAND

THE DEFENDANT, CHASE MANHATTAN AUTOMOTIVE FINANCE CORPORATION DEMANDS A TRIAL BY JURY ON ALL ISSUES WHERE THERE IS A RIGHT TO JURY TRIAL.

Respectfully Submitted,
Chase Manhattan Automotive Finance Corporation,
By its attorneys,

Maynard M. Kirpalani, BBO# 273940
Geoffrey M. Coan, BBO# 641998
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

February 24, 2004
Geoffrey M. Coan

3

23319.2