UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

VINCENT J. BYRNES, JR.
      Plaintiff,

v.

CHASE MANHATTAN AUTOMOTIVE
FINANCE CORPORATION,
      Defendant.

CIVIL ACTION NO.    04 10340 PBS

**PARTIES JOINT STATEMENT PURSUANT TO**
**FED.R.CIV.P. 26(f) AND L.R. 16.1(b)**

The parties to the above-captioned matter, by and through their attorneys, hereby state that:

1. Pursuant to Fed.R.Civ.P. 26(f) and L.R. 16.1(b), they conferred for the purpose of:

    a. Preparing an agenda of matters to be discussed at the scheduling conference;
    b. Preparing a proposed pretrial schedule for the case that includes a plan for discovery; and
    c. Considering whether they will consent to trial by magistrate judge.

2. After consideration of the topics contemplated by Fed.R.Civ.P. 16(b) and 26(f) the parties propose the following pretrial schedule:

| **Pretrial Activity** | **Date** |
| --- | --- |
| Required disclosures (26(a)) | May 31, 2004 |
| Written discovery requests | July 30, 2004 |
| Motions to amend or supplement pleadings | August 31, 2004 |
| Nonexpert disclosures by Plaintiff | September 31, 2004 |
| **Pretrial Activity** | **Date** |

24598.1

| | |
|---|---|
| Nonexpert disclosures by Defendant | October 29, 2004 |
| Final answers to expert interrogatories by plaintiff | November 30, 2004 |
| Final answers to expert interrogatories by defendant | December 15, 2004 |
| All discovery completed | January 10, 2005 |
| All dispositive motions filed | February 28, 2004 |

Dated: April 2, 2004

| | |
|---|---|
| THE PLAINTIFF<br>VINCENT J. BYRNES, JR. | THE DEFENDANT<br>CHASE MANHATTAN<br>AUTOMOTIVE FINANCE CORP. |
| By his attorney, | By its attorneys, |
| *Robert W. Norton*<br>Robert W. Norton, BBO 550492 | Maynard M. Kirpalani, BBO 273940<br>Geoffrey M. Coan, BBO 641998 |
| Glarrusso, Norton, Cooley &<br>McGlone, P.C.<br>308 Victory Road<br>Quincy, MA 02171<br>(617) 770-2900 | Wilson, Elser, Moskowitz, Edelman<br>& Dicker, LLP<br>155 Federal Street, 5th Floor<br>Boston, MA 02110<br>(617) 422-5300 |

Dated: April 2, 2004

**CERTIFICATE OF S[ERVICE]**

I hereby certify that I served a copy [of the foregoing]
pleading on all parties by mailing [same, postage]
prepaid, to all counsel of record.
Signed under the pains and pena[lties of perjury]

DATED: April 2, 2004

24598.1