UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT J. BYRNES, JR.<br>Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN AUTOMOTIVE<br>FINANCE CORPORATION,<br>Defendant. | CIVIL ACTION NO.   04 10340 PBS |

## CERTIFICATION BY THE DEFENDANT, CHASE MANHATTAN AUTOMOTIVE FINANCE CORPORATION, PURSUANT TO L.R. 16.1(d)(3)

The defendant, Chase Manhattan Automotive Finance Corporation, and its counsel hereby certify to this Court that the defendant and its counsel have conferred:

(a) with a view to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,
Chase Manhattan Automotive
Finance Corporation

_Lee K. Deutsch_
Lee K. Deutsch, Esquire
Senior Associate Counsel,
J.P. Morgan Chase
100 Duffy Avenue, 3rd Floor
Hicksville, NY 11801
(516) 934-2095

Respectfully submitted,
Chase Manhattan Automotive
Finance Corporation

_Geoffrey M. Coan_
Maynard M. Kirpalani, BBO 273940
Geoffrey M. Coan, BBO 641998
Wilson, Elser, Moskowitz, Edelman
& Dicker, LLP
155 Federal Street, 5th Floor
Boston, MA 02110
(617) 422-5300

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing pleading was served upon all counsel of record, same, postage prepaid, to all counsel of record.
Signed under the pains and penalties of perjury

DATED: April 2, 2004

_Geoffrey M. Coan_

24601.1