UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Vincent J Byrnes, Jr.
Plaintiff,

        V.                                Civil Action Number
                                          04-10340-PBS

Chase Manhattan Automotive Finance Corp.
Defendant.                                    April 7, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 1/10/05

Plaintiff's expert designation deadline: 9/31/04

Defendant's expert designation deadline: 10/29/04

Expert discovery deadline: 1/10/05

Summary Judgment Motion filing deadline: 2/1/05

Opposition to Summary Judgment Motions: 2/15/05

Hearing on Summary Judgment or Pretrial Conference: 3/2/05 at 2:00 p.m.

Case to be referred to Mediation program: Summer, 2004

                                                  By the Court,

                                                  /s/ Robert C. Alba
                                                  Deputy Clerk