UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT J. BYRNES, JR.<br>  Plaintiff,<br><br>v.<br><br>CHASE MANHATTAN<br>AUTOMOTIVE FINANCE<br>CORPORATION,<br>  Defendant. | CIVIL ACTION NO.: 04 10340 PBS |

### STIPULATION OF DISMISSAL (WITH PREJUDICE)

It is hereby stipulated and agreed by and between the parties to the above-captioned case that this matter be dismissed, with prejudice, with each party to bear its own costs, expenses and attorney's fees.

Respectfully submitted,
The Plaintiff,
By his attorney,

_____
Robert W. Norton BBO #550492
GIARRUSSO, NORTON, COOLEY
  & McGLONE, P.C.
Marina Bay
308 Victory Road
Quincy, MA 02171
(617) 770-2900

DATED: 8/26/04

The Defendant,
By his attorney,

_____
Geoffrey M. Coan, BBO #: 641998
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300